of 1900.)— Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. Mary H. Cunningham and Others, Respondents, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1901.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. Mary H. Cunningham and Another, Respondents, v. James L. Wells and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1902.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. American Manufacturing Company, Respondent, v. James L. Wells and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1903.) — Motion denied, without costs. Present —Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. American Manufacturing Company, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1904.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. The American Manufacturing Company, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1905.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Eugene A. Rudiger and John M. Rudiger, Appellants, v. James S. Coleman and Others, Respondents.— Motion for reargument denied, with costs. Present Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Lewis Blanthorne, Respondent, v. Ferdinand Welscheck and Katharine Welscheck, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Alphonse Bombard, Respondent, v. Village of Nyack, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Borgia Marble Works, Appellant, v. Rosalia Lotardo and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Borgia Marble Works, Appellant, v. Agostino Arculeo and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Buckley, Woodhull & Burns, Incorporated, Appellant, v. Henry Steers, Incorporated, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.